UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

NOAH BANK, a banking institution chartered under the laws of the Commonwealth of Pennsylvania,

                Plaintiff,

v.

NOA BANK, a banking institution chartered under the laws of the State of Georgia, JUNG HO KIM, a citizen of the State of Georgia, DAVID SUH (Byung Chan Suh), a citizen of the Commonwealth of Pennsylvania and DOES I through X, inclusive,

                Defendants.

No. 1:16-cv-02716-JMF

**STIPULATION AND ORDER OF DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/18

---

**WHEREAS** all parties to this litigation have finalized a settlement agreement that has fully resolved this dispute and is in the process of being executed; and

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for the parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued on the merits, with prejudice, subject explicitly to the terms and conditions of the settlement agreement that will be executed by, between, and on behalf of the parties.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that any party may reinstate this action for the sole purpose of enforcing the terms of the aforementioned settlement within 30 days of the filing of this fully-executed stipulation if the settlement agreement has not been executed by all parties on or before the date of such reinstatement, by providing notice to all parties through their undersigned counsel, and providing appropriate documentation to the Court.

17293151v1

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this stipulation may be executed in electronic signature and/or in counterparts.

Dated: New York, New York
December 11, 2018

By: /s/ Robert J. Basil
Robert J. Basil
**THE BASIL LAW GROUP, P.C.**
1270 Broadway, Suite 305
New York, NY 10001
Telephone: 917-512-3066
Facsimile: 831-536-1075
roberjbasil@rjbasil.com
*Attorneys for Plaintiff Noah Bank*

By: /s/ (see next page)
Russell Penzer
**LAZER APTHEKER ROSELLA & YEDID, P.C.**
Melville Law Center
225 Old Country Road
Melville, NY 11747
Telephone: (631) 761-0800
penzer@larypc.com
*Attorneys for Defendant David Suh*

By: /s/ Peri Berger
Peri A. Berger
**HARRIS BEACH PLLC**
100 Wall Street
New York, New York 10005
Telephone: (212) 687-0100
Facsimile: (212) 687-0659
pberger@harrisbeach.com

-and-

Eileen H. Rumfelt, Esq. (*pro hac vice*)
**MILLER & MARTIN PLLC**
1180 West Peachtree Street, NW
Suite 2100
Atlanta, Georgia 30309-3407
Telephone: (404) 962-6100
Facsimile: (404) 962-6300
eileen.rumfelt@millermartin.com
*Attorneys for Defendants/Counterclaim Plaintiffs NOA Bank and Jungho Kim*

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this stipulation may be executed in electronic signature and/or in counterparts.

Dated: New York, New York
December ____, 2018

By: _____
Robert J. Basil
**THE BASIL LAW GROUP, P.C.**
1270 Broadway, Suite 305
New York, NY 10001
Telephone: 917-512-3066
Facsimile: 831-536-1075
roberjbasil@rjbasil.com
*Attorneys for Plaintiff Noah Bank*

By: _____
Russell Penzer
**LAZER APTHEKER ROSELLA & YEDID, P.C.**
Melville Law Center
225 Old Country Road
Melville, NY 11747
Telephone: (631) 761-0800
penzer@larypc.com
*Attorneys for Defendant David Suh*

By: _____
Peri A. Berger
**HARRIS BEACH PLLC**
100 Wall Street
New York, New York 10005
Telephone: (212) 687-0100
Facsimile: (212) 687-0659
pberger@harrisbeach.com

-and-

Eileen H. Rumfelt, Esq. (*pro hac vice*)
**MILLER & MARTIN PLLC**
1180 West Peachtree Street, NW
Suite 2100
Atlanta, Georgia 30309-3407
Telephone: (404) 962-6100
Facsimile: (404) 962-6300
eileen.rumfelt@millermartin.com
*Attorneys for Defendants/Counterclaim Plaintiffs NOA Bank and Jungho Kim*

12/12/18

IT IS SO ORDERED: _____, U.S.D.J.

2

17293151v3